IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
7:16-CR-5-F-1

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **REASSIGNMENT ORDER** |
| ) | |
| ISMAEL AZUA-RINCONADA, ) | |
| Defendant. ) | |

At the direction of the Court, and for the continued efficient administration of justice, the above-captioned case is reassigned to the Honorable Louise W. Flanagan, United States District Judge, for all further proceedings. **All future documents should reflect the revised case number of 7:16-CR-5-FL-1.**

This 22nd day of February, 2016.

_____
JULIE RICHARDS JOHNSTON, CLERK